UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE CARVER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AAA INSURANCE COMPANY,<br><br>               Defendant. | 4:16-CV-04066-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On January 10, 2017, the parties filed a Joint Motion for Dismissal, Doc. 15.  Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 17th day of January, 2017.

BY THE COURT:

_____

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE